# Court of Appeals
# of the State of Georgia

ATLANTA,  August 18, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0027. JOSHUA WRIGHT v. BRENDAN F. MURPHY, JUDGE.

In this pro se petition for emergency relief and a writ of prohibition, Joshua Wright asks this Court to vacate certain orders issued by the Superior Court of Cobb County, prohibit the superior court from taking further action, issue a child custody ruling, and refer certain court officials to various authorities for investigation. We are not authorized to grant such relief.

First, prohibition will not lie where there is another legal remedy, and exhaustion of other legal remedies will be required before a writ of prohibition may be sought.[1] Second, while Georgia's appellate courts have jurisdiction to issue writs of mandamus or prohibition, "it will be an 'extremely rare' circumstance that would require a party to seek a writ of mandamus [or prohibition] in [an appellate court] in the first instance[.]"[2] Indeed, we are authorized to issue such relief "only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction or to protect or effectuate appellate court judgments."[3] The present case

---

[1] See *Gordon v. Whitwell*, 278 Ga. 708, 709-710 (607 SE2d 542) (2004) ("Although [the petitioner] could have exercised available legal remedies to challenge the juvenile court orders, she elected instead to seek a writ of prohibition. Dismissal of a writ of prohibition is authorized if the court has ascertained that the petitioner was not deprived of all legal remedies.") (citation omitted).

[2] *Arnold v. Alexander*, 321 Ga. 330, 335 (1) n.6 (914 SE2d 311) (2025).

[3] Id. at 335 (1).

is not one of those extremely rare circumstances.

Accordingly, Wright's petition for emergency relief and a writ of prohibition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__08/18/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*